'08 CIV 4225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
NEW VIEW GIFTS AND ACCESSORIES, LTD.    :

        Plaintiff,    :    Civil Action No.:

   -against-    :

IDEA NUOVA, INC.    :

        Defendant.    :
--------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for plaintiff, New View Gifts and Accessories, Ltd., certifies that the following are corporate parents, affiliates and/or subsidiaries of New View Gifts and Accessories, Ltd., which are publicly held:

    None.

_____
Signature of Attorney
Gerard Bilotto (GB8364)

[Stamp: RECEIVED MAY 02 2008 U.S.D.C. S.D. N.Y. CASHIERS]

NY1 62114v1 10/11/07